CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

OCT - 8 2026

PAID $199.00 ____ REC'D

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| In re<br>Parking Enforcement Services LLC<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-33150-pcm7<br><br>**Notice of Motion for Relief From (Check All That Apply):**<br>☒ **Automatic Stay in a Chapter 7/13 Case**<br>☐ **Chapter 13 Codebtor Stay** |

1. **YOU ARE NOTIFIED** that a motion was filed by Joseph J. Boersma, Pro Se, the moving party, for (Check all that apply):
   ☒ Relief from the automatic stay protecting the debtor(s) and debtor's property, as provided by 11 U.S.C. § 362.
   ☐ Relief from the stay protecting the codebtor and codebtor's property as provided by 11 U.S.C. § 1301.
   ☐ Codebtor's name and service address are: ______________________________.

2. A copy of the motion is attached. The name and service address of the moving party's attorney (or moving party, if no attorney) are: Joseph J. Boersma, Pro Se - 936 Moneda Ave. N. Keizer, OR 97303 | joeyjboersma@gmail.com | 971-320-5125.

3. If you wish to resist the motion, you must, within 14 days of the service date shown below, file the following with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E. 8th Ave. #2600, Eugene OR 97401:

   a. A written response that states the facts supporting the opposition to the motion by filling in the applicable "response" portions on a copy of the original motion. If the response will be electronically filed, the response must be prepared using the fillable pdf version of the original motion unless the motion was filed on paper and could not be electronically obtained from the movant; and

   b. A fully completed notice of hearing using Local Bankruptcy Form (LBF) 721, including the date and time of the hearing. Available hearing dates and times are posted at https://www.orb.uscourts.gov under the "Hearings" heading. If you do not have internet access, please call the court at (503) 326-1500 or (541) 431-4000 and press "0" to obtain the required forms and hearing information.

4. **Failure to Object or Serve Proper Notice of Hearing**. If you fail to file a timely response and notice of hearing, then the automatic stay may expire as to the debtor(s) pursuant to 11 U.S.C. § 362(e) and the stay protecting the codebtor may expire pursuant to 11 U.S.C. § 1301(d), or the court may sign an order without further notice, submitted by the moving party on LBF 720.90, granting relief from the debtor stay and/or codebtor stay.

I certify that:

(1) The motion was prepared using the fillable PDF version of LBF 720.80; and

(2) On 10-05-26 this notice and the motion were served on the debtor(s), any codebtor at the address listed above, the trustee, the U.S. Trustee, members of any committee elected pursuant to 11 U.S.C. § 705, and their respective attorneys.

Signature of Moving Party or Attorney (OSB#)

CERTIFICATE OF SERVICE Clerk @ 1050 SW 6th Ave #700 Portland
On 10-05-26 I mailed, the Notice and Motion to the following

Parking Enforcement Services LLC — Debtor
5550 Rosewood St.
Lake Oswego, OR 97035

Michael D. O'Brien — Attorney for Debtor
Michael D. O'Brien & Associates, P.C.
7609 SW Beveland Rd.
Portland, OR 97223

Kenneth S. Eiler — Chapter 7 Trustee
515 NW Saltzman Rd., PMB 810
Portland, OR 97229

Joey Boersma ~~9-18-26~~ 10-05-26

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

OCT - 8 2026

PAID________ REC'D________

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
Parking Enforcement Services LLC

Debtor

Case No. 26-33150-pcm7
☐ Amended

[*Check all applicable boxes*]
**CHAPTER 7/13 MOTION FOR RELIEF FROM**
☒ **Debtor** ☐ **Chapter 13 Codebtor Stay**
**Filed by Movant:**
Joseph J. Boersma, Pro Se
**Objection to Stay Motion filed by Respondent:**
________________________________

*Instructions to movant: You must file this motion with a notice of motion on Local Bankruptcy Form (LBF) 720. See LBF 720.50, Procedures re: Motions for Relief from Stay, for more information.*

1. **Debt, Default, Other Encumbrances, Description and Value of Collateral** [*To be completed by movant*]

   a. Description of collateral [*e.g., car model, year, and VIN, or property address*]:

   b. Amount of debt: $ ______________, consisting of principal of $ ______________, interest of $ ______________, and other:

   c. Description, amount, and priority of other encumbrances on collateral. If not known, include applicable information from debtor's schedules if available on PACER:

   Total debt secured by collateral [*1.b. + 1.c.*]: $ ______________.

   d. Value of collateral: $______________.
   Equity in collateral: $______________, after deducting $____________ of liquidation costs.

   e. Current monthly payment: $______________.

   f. If Chapter 13:

   (1) $______________ postpetition default consisting of [*e.g., $ ______________ payments, $______________ late charges, $ ____________ fees*]:

(2) $_______________ prepetition default consisting of ☐ amounts specified in proof of claim, or, ☐ consisting of:

g. If Chapter 7, total amount of default: $_____________.

**OBJECTION** [*Identify specific items disputed and specify what you contend are the pertinent facts, including why there is a postpetition default, if applicable; to be completed by respondent*]:

2. **Relief from Stay Should be Granted Because:** [*Check all that apply; to be completed by movant*]:

☐ Lack of insurance on collateral.

☐ No equity in the collateral and the property is not necessary for an effective reorganization.

☐ Failure of debtor to make Chapter 13 plan payments to the trustee.

☐ Failure of debtor to make direct payments required by Chapter 13 plan.

☒ Other [*describe*]:

Cause exists under 11 U.S.C. § 362(d)(1) to permit Movant to continue the pending Oregon state-court action solely to determine liability and damages and to pursue available liability-insurance coverage, without execution or collection from property of the bankruptcy estate absent further order of this Court.

**OBJECTION** [*Specify why relief from stay should be denied. If respondent proposes to cure a postpetition default, detail the cure by attaching a proposed order using LBF 720.90 available at https://www.orb.uscourts.gov under Forms/Local Forms; to be completed by respondent*]:

3. **Background** *[To be completed by movant)*

a. Date petition filed: 09/10/2026 Current Chapter: 7 (7 or 13)

If 13, current plan date ____________ Confirmed: ☐ Yes ☐ No

If 13, treatment of movant's prepetition claim(s) in plan:

If 7, debtor ☐ has ☐ has not stated on Official Form B 108 that debtor intends to surrender the collateral.

b. Movant has a lien on the collateral by virtue of [*check all applicable sections, see also paragraph 6 below*]:

☐ Security agreement, trust deed, or land sale contract dated ________ and any assignment of that interest to movant. The security interest was perfected as required by applicable law on __________.

☐ Retail installment contract dated _________ and any assignment of that interest to movant. The security interest was perfected on the certificate of title on __________.

☐ Other [*describe*]:

**OBJECTION** [*Identify any disputed items and specify the pertinent facts; to be completed by respondent*]:

4. **Request for Relief from Codebtor Stay** [*Chapter 13 only*]
   a. ____________________________, whose address is ___________________________________ ____________________________, is a codebtor on the obligation described above, but is not a debtor in this bankruptcy.

   b. Movant should be granted relief from the codebtor stay because [*check all that apply*]: ☐ codebtor received the consideration for the claim held by movant ☐ debtor's plan does not propose to pay movant's claim in full ☐ movant's interest would be irreparably harmed by continuation of the codebtor stay as a result of the default(s) described above ☐ because:

***OBJECTION*** [*Identify any disputed items and specify the pertinent facts; to be completed by respondent*]:

5. **Other Pertinent Information** [*To be completed by movant, if applicable*]:
Movant is plaintiff in Boersma v. Parking Enforcement Services LLC dba Retriever Towing, Marion County Circuit Court Case No. 24CV44356. The action was pending before the 09/10/2026 bankruptcy filing. Movant seeks limited stay relief to determine liability and damages and pursue applicable liability-insurance coverage, including Imperium Insurance Company Claim No. GC042605. Movant will not execute against or collect from property of the bankruptcy estate absent further order of this Court.

***OBJECTION*** [*Identify any disputed items and specify the pertinent facts; to be completed by respondent*]:

6. **Relief Requested** [*Check all applicable sections; to be completed by movant*]:

☐ Movant requests relief from the automatic stay to allow it to foreclose its lien on the collateral and to take any necessary action to obtain possession of the collateral.

☐ Movant has a security interest in real property and requests relief from stay of an act against the collateral and that the relief be binding in any other bankruptcy case purporting to affect the collateral filed not later than 2 years after the date of the entry of an order granting this motion. [*If you check this box, you must complete paragraph 5 above to support this request. If you do not do so, the Court will not grant relief binding in any other bankruptcy case.*]

☐ Movant requests that the 14-day stay provided by FRBP 4001(a)(4) be waived based on the following cause:

☒ Other [*describe and explain cause*]:
Terminate/modify the automatic stay solely to permit Movant to continue Marion County Circuit Court Case No. 24CV44356 through determination of liability and damages and entry of judgment, and to pursue recovery from applicable liability-insurance proceeds, including Imperium Insurance Company Claim No. GC042605. Movant shall not execute against or otherwise collect any judgment from property of the bankruptcy estate absent further order of this Court.

**OBJECTION** [*Identify any disputed items and specify the pertinent facts. If respondent agrees to some relief, attach a proposed order using LBF 720.90 available at https://www.orb.uscourts.gov under Forms/Local Forms; to be completed by respondent*]:

7. **Documents:**

**If movant claims to be secured in paragraph 3.b. above,** movant has attached to and filed with this motion a copy of the documents creating and perfecting the security interest, if not previously attached to a proof of claim.

**If this case is a chapter 13 case and the collateral is real property,** movant has attached to and filed with this motion a postpetition payment history current to a date not more than 30 days before this motion is filed, showing for each payment the amount due, the date the payment was received, the amount of the payment, and how movant applied the payment.

**RESPONDENT requests movant provide** respondent with the following document(s), if any are marked below, which are pertinent to this objection:

- [ ] Postpetition payment history, if not required above.
- [ ] Documents establishing that movant owns the debt described in paragraph 1 or is otherwise a proper party to bring this motion.
- [ ] Other document(s) [*describe*]:

<u>Movant/Attorney</u>

10-5-26

Signature: [signature]
Name: Joseph J. Boersma, Pro Se
Address: Keizer, OR 97303
936 Moneda Ave. N.
Email: joeyjboersma@gmail.com
Phone #: 971-320-5125
OSB#: ______

<u>Respondent /Attorney</u>

(By signing, the respondent also certifies that the respondent has not altered the information completed by movant.)

Signature: ______
Name: ______
Address: ______
______
Email: ______
Phone #: ______
OSB#: ______

*You are hereby notified that the creditor is attempting to collect a debt and any information obtained will be used for that purpose.*